**Eric Fish**
California State Bar No. 280992
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666

Attorneys for Ms. Mendoza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT COURT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| United States of America, | Case No. 18-MJ-2070-RBB-DMS |
| Plaintiff, | |
| v. | **Notice of FRAP 9(a) Appeal** |
| Morena Mendoza-Romaldo, | |
| Defendant. | |

Notice is given that Morena Mendoza-Romaldo, the defendant in this case, hereby files an appeal to the U.S. Court of Appeals for the Ninth Circuit under Federal Rule of Appellate Procedure 9(a). Ms. Mendoza is appealing from the district court's May 7, 2018 bail order.

Ms. Mendoza is in custody awaiting trial. A trial date has not yet been set. Transcripts are required for this appeal, and they have already been ordered and received.

May 9, 2018                             Respectfully submitted,

                                        */s Eric Fish*
                                        Eric Fish
                                        Counsel for Ms. Mendoza

1

**CERTIFICATE OF SERVICE**

2   I, Eric Fish, certify that this Notice of Appeal has been electronically served
3   on counsel for the government via the electronic case filing system on May 9, 2018.
4
5   *s/ Eric Fish*
    Eric Fish
6   Federal Defenders of San Diego, Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28