UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. MORENA ELIZABETH MENDOZA-ROMALDO, Defendant-Appellant. | No. 18-50142  D.C. No. 3:18-mj-02070-RBB Southern District of California, San Diego  ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 5) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7