# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  18MJ2070-RBB-DMS |
| vs | ) | ABSTRACT OF ORDER |
| Morena Elizabeth Mendoza-Romaldo | ) ) ) ) ) | Booking No. 68816298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___5/17/2018___
the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____✓_____ Defendant released on $ ___O/R___ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____    JOHN MORRILL                    Clerk
                DUSM                 by  J Klosterman
                                         Deputy Clerk
                                         JKlosterman

Crim-9   (Rev. 8-11)                              ★ U.S. GPO: 1996-783-398/40151

619-557-6399

CLERK'S COPY