ADAM L. BRAVERMAN
United States Attorney
MICHAEL E. LASATER
Assistant U.S. Attorneys
California Bar No.: 57571
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7462
Email: Michael.Lasater@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Morena Elizabeth Mendoza-Romaldo,<br><br>Defendant. | Case No.: 18-MJ-2070-RBB<br><br>**GOVERNMENTS POSITION RE: JOINT TRIAL OF DEFENTANT IN CASE NUMBERS, 18MJ2070, 18MJ2071, 18MJ2074 AND 18MJ2085 AND ANTICIPATED LEGNTH OF CASE IN CHIEF.** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel Adam L. Braverman, United States Attorney and Michael E. Lasater, Assistant U.S. Attorney and files GOVERNMENT'S POTITION RE: JOINT TRIAL OF DEFENDENTS and ANTICIPATED LEGNTH OF CASE IN CHIEF.

I.

**Government's Position in Re: Joining Four Defendants in One Trial**

In light of the relatively brief nature of the Government's Case in Chief, it believes the more prudent approach is to conduct the trials individually.

//

//

//

II.

**Length of Case in Chief**

The Government anticipates its Case in Chief to approximately one hour.

DATED: May 21, 2018                                  Respectfully submitted,

                                                                           ADAM L. BRAVERMAN
                                                                           United States Attorney

                                                                           /s/ *Michael E Lasater*
                                                                           Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>Morena Elizabeth Mendoza-Romaldo,<br><br>   Defendant. | Case No.: 18-MJ-2070-RBB<br><br>**CERTIFICATE OF SERVICE** |

  I, Michael E Lasater, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

  I am not a party to the above-entitled action. I have caused service of the **COURTS POSITION RE: JOINT TRIAN OF DEFENTANT IN CASE NUMBERS, 18MJ2070, 18MJ2071, 18MJ2074 AND 18MJ2085 AND ANTICIPATED LEGNTH OF CASE IN CHIEF,** on the following parties:

   Eric Studebaker Fish, Counsel for Defendant

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2018

              *s/ Michael E Lasater*
              Michael E Lasater
              Assistant U.S. Attorney